# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>   vs.<br>BASIM HUSSEIN,<br><br>                            Defendant. | CASE NO. 00 CR 2279 JM<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, the Court vacates the sentencing hearing scheduled for November 16, 2007, and orders it continued to May 16, 2008, at 9:00 a.m.  The Court orders Mr. Hussein to promptly file an acknowledgment of the new court date.  Further, the Court finds the time between November 16, 2007 and May 16, 2008 is excludable under the Speedy Trial Act as the Court is contemplating the plea agreement.

**IT IS SO ORDERED.**

**DATED:  November 14, 2007**

_____
**Hon. Jeffrey T. Miller
United States District Judge**

cc:        All parties

00cr2279